IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANETH MURILLO,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS DEJOY, Postmaster General;<br><br>Defendant. | 4:22CV3264<br><br>ORDER |

1) The motion to withdraw filed by James Zalewski, as counsel of record for Plaintiff, Filing No. 46, is granted.

2) On or before June 11, 2024, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

Dated this 28th day of May, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge