IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JANETH MURILLO,

    Plaintiff,

vs.

LOUIS DEJOY, Postmaster General;

    Defendant.

4:22CV3264

ORDER

    This matter is before the Court on Plaintiff's "motion to have defendant explain request for summary judgment", Filing No. 52, and Plaintiff's motion for additional time to obtain an attorney. Filing No. 53.

    The Court granted Plaintiff's prior attorney's request to withdraw on May 28, 2024. Filing No. 47. Also on May 28, 2024, the Court advised Plaintiff that she would have until June 11, 2024, to obtain new counsel or advise the court of her intent to litigate this matter *pro se*. After receiving a motion to extend this deadline on May 31, 2024, Filing No. 48, the Court had a conference with Plaintiff and counsel for Defendant during which Plaintiff indicated she believed she would have counsel by June 14, 2024. Plaintiff now requests an additional sixty days.

    IT IS ORDERED:

1. Plaintiff's "motion to have defendant explain request for summary judgment", Filing No. 52, is denied. Any motion for summary judgment filed must comply with the local rules and include a statement of material facts and supporting

brief. *See* NECivR 56.1. Accordingly, if a motion for summary judgment is filed, Plaintiff will have the explanation she seeks.

2. Plaintiff's motion for additional time to obtain an attorney, Filing No. 53, is granted in part. On or before **July 5, 2024**, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

3. The deadline for either party to file summary judgment is stayed pending further order of the court.

Dated this 14th day of June, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge