IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JANETH MURILLO,

    Plaintiff,

vs.

LOUIS DEJOY, Postmaster General;

    Defendant.

4:22CV3264

ORDER

    This matter is before the Court on Plaintiff's motion for an extension of time to obtain counsel. Filing No. 55. Plaintiff requests an addition 20 days to obtain an attorney.

    The Court granted Plaintiff's prior attorney's request to withdraw on May 28, 2024. Filing No. 47. Also on May 28, 2024, the Court advised Plaintiff that she would have until June 11, 2024, to obtain new counsel or advise the court of her intent to litigate this matter pro se. After receiving a motion to extend this deadline on May 31, 2024, Filing No. 48, the Court had a conference with Plaintiff and counsel for Defendant during which Plaintiff indicated she believed she would have counsel by June 14, 2024. Plaintiff filed a motion to extend on June 14, 2024, Filing No. 53, and was given until July 5, 2024 to obtain counsel or indicate her intent to litigate this case without the assistance of counsel. Filing No. 54.

IT IS ORDERED:

1. Plaintiff's motion for extension of time, Filing No. 55, is granted. On or before July 26, 2024, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

Dated this 8th day of July, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge