IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANETH MURILLO, | |
| Plaintiff, | 4:22CV3264 |
| vs. | |
| LOUIS DEJOY, Postmaster General; | ORDER |
| Defendant. | |

This matter is before the Court on Defendant's motion for status conference, Filing No. 57, and Plaintiff's request to proceed without an attorney Filing No. 58. Defendant's motion is granted in part and denied in part as set forth herein.

The Court granted Plaintiff's prior attorney's request to withdraw on May 28, 2024. Filing No. 47. Also on May 28, 2024, the Court advised Plaintiff that she would have until June 11, 2024, to obtain new counsel or advise the court of her intent to litigate this matter pro se. After receiving a motion to extend this deadline on May 31, 2024, Filing No. 48, the Court had a conference with Plaintiff and counsel for Defendant during which Plaintiff indicated she believed she would have counsel by June 14, 2024. Plaintiff filed a motion to extend on June 14, 2024, Filing No. 53, and was given until July 5, 2024 to obtain counsel or indicate her intent to litigate this case without the assistance of counsel. Filing No. 54. On July 8, 2024, the Court again granted Plaintiff's request for an extension to obtain counsel or file a notice that she intended to represent herself. Filing No. 56.

On August 6, 2024, Plaintiff filed what she titled as a "motion" for self-representation. Filing No. 58. Plaintiff states that she is still seeking services of an attorney but asks the Court to allow her to proceed with the lawsuit representing herself. *Id*. On the same day, Defendant filed a motion for status conference to discuss case progression. Filing No. 57.

IT IS ORDERED:

1. Plaintiff has filed a statement notifying the court of her intent to litigate this case without the assistance of counsel. The clerk of the court should terminate Plaintiff's motion, Filing No. 58, and any deadlines relating to the Court's order for setting a deadline for Plaintiff to indicate how she intends to proceed.

2. Defendant's motion, Filing No. 57, is granted in part and denied in part.

    a. The deadline for either party to file motions to dismiss and/or motions for summary judgment is September 6, 2024.

    b. The trial set for October 28, 2024 before Susan M. Bazis, United States District Judge, and the pretrial conference set for October 4, 2024 before the undersigned are canceled.

    c. A status conference to reschedule the trial and pretrial conference will be held with the undersigned magistrate judge on September 17, 2024 at 10:30 a.m. by telephone.

Dated this 7th day of August, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge